FILED

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0102

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0102

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHAEL CHRISTIAN ECHEVERRIA,

      Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Upon consideration of Appellant's motion for extension of time to file his opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 29, 2024 within which to file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2024